JOHN M. JACOBI, Doing Business as JACOBI'S PLAZA PIZZERIA AND RESTAURANT, Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent. Mem-orandum: In determining whether petitioner suffered or permitted his premises to become disorderly in violation of Alcholic Beverage Control Law § 106 (6), the issue is not merely whether an assault occurred, but rather whether the licensee took appropriate action or stood by and permitted the disorderly conduct to continue *(Matter of Highway Tavern Corp. v McLaughlin,* 105 AD2d 122, 140; *Matter of Peanutbutter Jam v New York State Liq. Auth.,* 58 AD2d 703). The record does not contain substantial evidence to support the determination *(see, 300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176, 182). (Article 78 proceeding transferred by order of Supreme Court, Erie County, NeMoyer, J.) Present—Doerr, J. P., Denman, Green, Pine and Schnepp, JJ.

DAVIS-WALLBRIDGE, INC., Respondent, v CITY OF SYRACUSE, Appellant

Present—Doerr, J. P., Denman, Green, Pine and Schnepp, JJ.